| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| SAMUEL H. MARKS<br>and ALICE O. MARKS,<br><br>Plaintiffs,<br><br>*versus*<br><br>STATE FARM LLOYDS<br>and ANGELA MEAGHER<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 1:07-CV-792<br>§<br>§<br>§<br>§<br>§ |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on October 30, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant plaintiffs' motion to dismiss with prejudice and enter judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED** and plaintiffs' "Motion to Dismiss with Prejudice" (Docket No. 25) is **GRANTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 7th day of September, 2010.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE